MURDOCK, Justice
(concurring specially).
I do not take issue with the result reached by the Court of Civil Appeals in its opinion in this case. J.L. v. W.E., 64 So.3d 631 (Ala.Civ.App.2010). I write, however, to note that dependency is a status created by law that either is true of a child or is not. That is, either a child is dependent or it is not. A child cannot be dependent vis-a-vis one parent but not dependent as to the other parent. If the child is not dependent “as to one parent,” then the child is not dependent.[1] In this case, L.L. is no longer dependent, and I concur in the denial of certiorari review.

. See Ala.Code 1975, § 12-15-102(8)a.2., defining a "dependent child” as including a child "[w]ho is without a parent, legal guardian, or legal custodian willing and able to provide for the care, support, or education of the child.”